IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDNA MOONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | CV-06-RRA-690-E |
| LOGAN'S ROADHOUSE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

This case comes before the court on the motion to remand filed by the plaintiff. (Doc. 6). The magistrate judge filed a report and recommendation recommending that the motion to remand be denied and Mr. Thorne be dismissed, with prejudice. No objections have been filed by any party[1].

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the motion to remand will be denied, and Mr. Thorne will be dismissed, with prejudice. An appropriate order will be entered.

DONE and ORDERED this 20th day of September, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

---

[1] After the recommendation the plaintiff filed an affidavit and evidence, of time, without leave, in support of the motion to remand. However, the affidavit and evidence had no bearing on the issue before the court.